# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on August 4, 2010.

Debtor(s) and creditors must read and be familiar with the provision of Adm. Order 2004–002 (ESL), which governs the procedures for chapter 13 cases filed before the Hon. Enrique S. Lamoutte.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| JORGE L SANTOS ROSADO<br>aka JORGE SANTOS ROSADO, aka JORGE LUIS<br>SANTOS ROSADO, aka JORGE SANTOS, aka<br>JORGE L SANTOS, aka JORGE LUIS SANTOS<br>Po Box 90000<br>PMB 9080<br>Corozal, PR 00783 | LUZ D Molina Cordero<br>aka LUZ MOLINA CORDERO, aka LUZ DAMARIS<br>MOLINA CORDERO, aka DAMARIS MOLINA<br>CORDERO, aka LUZ D MOLINA, aka LUZ<br>DAMARIS MOLINA<br>PO BOxX090000<br>PMB 3080<br>COROZAL, PR 00783 |
| Case Number:<br>10–07080–ESL13 ESL | Social Security / Individual Taxpayer ID / Employer Tax ID / Other<br>nos:<br>xxx–xx–4944<br>xxx–xx–9501 |
| Attorney for Debtor(s) (name and address):<br>JOSE L JIMENEZ QUINONES<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON<br>SUITE 1118<br>SAN JUAN, PR 00918–2007<br>Telephone number:  787–282–9009 | Bankruptcy Trustee (name and address):<br>JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902–3884<br>Telephone number:  787 977–3535 |

## Meeting of Creditors
Date:  **September 10, 2010**                    Time:  **08:00 AM**
Location:  **OCHOA BUILDING, 500 TANCA STREET , FIRST FLOOR, SAN JUAN, PR 00901**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit):  **December 9, 2010**          For a governmental unit will be (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)) *180 days after the filing date*.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The hearing on confirmation will be held:
Date:  **October 6, 2010** , Time: **02:00 PM** , Location: **300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901**

### Deadline to object the Confirmation of Plan
Objections must be filed no later than fourteen (14) days prior to the hearing on Confirmation as defined in PR LBR 3015–2(e)(1).

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>CELESTINO MATTA–MENDEZ |

| | |
|---|---|
| Telephone number:  (787) 977–6000<br>http://www.prb.uscourts.gov | |
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  August 6, 2010 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT District of Puerto Rico | PROOF OF CLAIM |
|---|---|

| Name of Debtor: JORGE L SANTOS ROSADO LUZ D Molina Cordero | Case Number: 10-07080 ESL |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**   $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate___%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, and all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Aug 08, 2010.
```
db          +JORGE L SANTOS ROSADO,   Po Box 90000,   PMB 9080,   Corozal, PR 00783-9000
jdb          LUZ D Molina Cordero,   PO BoxX090000,   PMB 3080,   COROZAL, PR  00783
aty          JOSE L JIMENEZ QUINONES,   JIMENEZ QUINONES LAW OFFICE, PSC,   268 AVE. PONCE DE LEON,
             SUITE 1118,   SAN JUAN, PR  00918-2007
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR  00918
smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +MONSITA LECAROZ ARRIBAS,   OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,
             500 TANCA STREET  SUITE 301,   SAN JUAN, PR 00901-1938
3041848     +AFNI, INC.,   PO BOX 3097,   BLOOMINGTON, IL 61702-3097
3041851      AT&T MOBILITY,   PO BOX 15067,   SAN JUAN, PR  00902-8567
3041852      AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO,   P.O. BOX 7066,   SAN JUAN, PR  00916-7066
3041849     +Afni, Inc. (original Creditor:cingu,   Po Box 3427,   Bloomington, IL 61702-3427
3041853     +BLITZ RECOVERY SERVICES INC,   BUILDING BBVA SUITE 202,   CALLE AMARILLO 1738 BOX 28,
             SAN JUAN, PR 00926-3054
3041856      CINGULAR,   PO BOX 15067,   San Juan, PR  00902-8567
3041857      CINGULAR WIRELESS,   PO BOX 15067,   SAN JUAN, PR  00902-8567
3041860      COMMOLOCO,   PO BOX 1011,   BAYAMON, PR  00960-1011
3041859     +Citifinanc,   300 Saint Paul Place,   Baltimore, MD 21202-2120
3041862     +DEPARTAMENTO DE HACIENDA,   BANKRUPTCY SECTION,   PO BOX 9024140,   SAN JUAN, PR 00902-4140
3041863      DTOP,   PO BOX 902250l,   SAN JUAN, PR  00902-2501
3041870     +LCDA. AGNES I. CORDERO,   TORRE CHARDON SUITE 1201,   350 CARLOS E. CHARDON STREET,
             SAN JUAN, PR 00918-2124
3041871      LCDO. EFRAIN HERNANDEZ ALICEA,   URB SAN FELIZ A-1 CALLE 1,   COROZAL, PR  00783
3041872      LIBERTY CABLEVISION,   ROAD 993 KM 0.2 LUQUILLO IND PARK,   LUQUILLO, PR  00773
3041874     +LUIS ORLANDO GUZMAN MALDONADO,   PO BOX 180,   COROZAL, PR 00783-0180
3041873      Liberty Cblv,   Road 993 Km 0.2 Luquillo Ind Park,   Luquillo, PR  00773
3041875     +M-berrios,   P.o. Box 674,   Cidra, PR 00739-0674
3041876     +Mueb Berrios,   Aptdo 674,   Cidra, PR 00739-0674
3041877     +NCO FINANCIAL SYSTEMS,   PO BOX 15630,   WILMINGTON, DE 19850-5630
3041879     +PUERTO RICO TELEPHONE CO,   P.O. BOX 70239,   SAN JUAN, PR 00936-8239
3041878     +Pr Telephone,   Pob 70239,   San Juan, PR 00936-8239
3041881     +SUNCOM,   BANKRUPTCY DIV.,   PO BOX 64566,   BALTIMORE, MD 21264-4566
3041880     +SUNCOM,   PO BOX 70888,   CHARLOTTE, NC 28272
3041882      Suncompr,   654 Plaza Ave Munoz Rivera,   San Juan, PR  00918
3041883     +TRANSWORLD SYSTEMS INC.,   PO BOX 1864,   SANTA ROSA, CA 95402-1864
3041884      TREASURY SECRETARY,   DEPARTAMENTO DE HACIENDA,   P.O. BOX 9024140,   SAN JUAN, PR  00902-4140
3041885      UNIVERSAL FIDELITY LP,   PO BOX 941911,   HOUSTON, TX  77094-8911
3041887      VERIZON WIRELESS,   PO BOX 70367,   SAN JUAN, PR  00936-8367
```

The following entities were noticed by electronic transmission on Aug 06, 2010.
```
tr           E-mail/Text: ebnmail@ch13-pr.com                     JOSE RAMON CARRION MORALES,
             PO BOX 9023884,   SAN JUAN, PR  00902-3884
3041850     +EDI: ARROW.COM Aug 06 2010 15:28:00    ARROW FINANCIAL SERVICES,   5996 W TOUHY AVE,
             NILES, IL 60714-4610
3041855      EDI: CAPITALONE.COM Aug 06 2010 15:28:00    CAPITAL ONE BANK,   PO BOX 650007,
             DALLAS, TX  75265-0007
3041858     +EDI: CITICORP.COM Aug 06 2010 15:28:00    CITIBANK,   701 E 60TH ST N,
             SIOUX FALLS, SD 57104-0493
3041861     +E-mail/Text: cfiguero@crimpr.net                  CRIM,   PO BOX 195387,
             SAN JUAN, PR 00919-5387
3041854     +EDI: CAPITALONE.COM Aug 06 2010 15:28:00    Cap One,   Po Box 85520,   Richmond, VA 23285-5520
3041864      EDI: AMINFOFP.COM Aug 06 2010 15:28:00    FIRST PREMIER BANK,   PO BOX 5147,
             SIOUX CITY FALLS, SD  57117-5147
3041865     +EDI: FORD.COM Aug 06 2010 15:28:00    FORD MOTOR CREDIT COMPANY,   POB 542000,
             OMAHA, NE 68154-8000
3041866     +EDI: RMSC.COM Aug 06 2010 15:28:00    GEMB/ SAM'S CLUB,   PO BOX 981400,
             EL PASO, TX 79998-1400
3041867     +EDI: RMSC.COM Aug 06 2010 15:28:00    Gemb/sams Club,   Po Box 981400,   El Paso, TX 79998-1400
3041868     +EDI: HFC.COM Aug 06 2010 15:28:00    Hsbc/tax,   90 Christiana Road,   New Castle, DE 19720-3118
3041869     +EDI: HFC.COM Aug 06 2010 15:28:00    Hsbc/tax,   200 Somerset Copor,
             Bridgewater, NJ 08807-2862
3041886     +EDI: USDARHS.COM Aug 06 2010 15:28:00    USDA RURAL HOUSING,   PO BOX 66879,
             ST. LOUIS, MO 63166-6879
                                                                                            TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2010**              **Signature:**