IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-07080 ESL

JORGE L SANTOS ROSADO          Chapter 13

LUZ D MOLINA CORDERO


XXX-XX-4944

XXX-XX-9501

FILED & ENTERED ON 08/10/2010

                    Debtor(s)


## NOTICE OF HEARING FOR CONTINUATION
## OF THE AUTOMATIC STAY

        On 08/09/2010, debtor filed a motion for continuation of the automatic stay
as to all creditors (docket entry #8). In accordance with PR LBR 4001-5, if an
objection is timely filed, a hearing will be held on 08/30/2010 at 09:00 A.M. at
US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND
FLOOR, SAN JUAN, PR.  If no objection is filed within fourteen (14) days, the
hearing may be vacated.

        San Juan, Puerto Rico, this 10 day of August, 2010.


                                CELESTINO MATTA-MENDEZ
                                  Clerk of the Court



                                BY:   PATRICIA DAVILA
                                      Deputy Clerk




CC: All Creditors

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Aug 12, 2010.
```
db/jdb      +JORGE L SANTOS ROSADO,   LUZ D MOLINA CORDERO,   PO BOX 90000,   PMB 9080,
             COROZAL, PR 00783-9000
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR 00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR 00918
smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
3041848     +AFNI, INC.,   PO BOX 3097,   BLOOMINGTON, IL 61702-3097
3041850     +ARROW FINANCIAL SERVICES,   5996 W TOUHY AVE,   NILES, IL 60714-4610
3041851     +AT&T MOBILITY,   PO BOX 15067,   SAN JUAN, PR 00902-8567
3041852      AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO,   P.O. BOX 7066,   SAN JUAN, PR 00916-7066
3041849     +Afni, Inc. (original Creditor:cingu,   Po Box 3427,   Bloomington, IL 61702-3427
3041853     +BLITZ RECOVERY SERVICES INC,   BUILDING BBVA SUITE 202,   CALLE AMARILLO 1738 BOX 28,
             SAN JUAN, PR 00926-3054
3041856      CINGULAR,   PO BOX 15067,   San Juan, PR 00902-8567
3041857      CINGULAR WIRELESS,   PO BOX 15067,   SAN JUAN, PR 00902-8567
3041858     +CITIBANK,   701 E 60TH ST N,   SIOUX FALLS, SD 57104-0493
3041860      COMMOLOCO,   PO BOX 1011,   BAYAMON, PR 00960-1011
3041854     +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
3041859     +Citifinanc,   300 Saint Paul Place,   Baltimore, MD 21202-2120
3041862     +DEPARTAMENTO DE HACIENDA,   BANKRUPTCY SECTION,   PO BOX 9024140,   SAN JUAN, PR 00902-4140
3041863      DTOP,   PO BOX 9022501,   SAN JUAN, PR 00902-2501
3041864     +FIRST PREMIER BANK,   PO BOX 5147,   SIOUX CITY FALLS, SD 57117-5147
3041865     +FORD MOTOR CREDIT COMPANY,   POB 542000,   OMAHA, NE 68154-8000
3041868     +Hsbc/tax,   90 Christiana Road,   New Castle, DE 19720-3118
3041869     +Hsbc/tax,   200 Somerset Copor,   Bridgewater, NJ 08807-2862
3041870     +LCDA. AGNES I. CORDERO,   TORRE CHARDON SUITE 1201,   350 CARLOS E. CHARDON STREET,
             SAN JUAN, PR 00918-2124
3041871      LCDO. EFRAIN HERNANDEZ ALICEA,   URB SAN FELIZ A-1 CALLE 1,   COROZAL, PR 00783
3041872     +LIBERTY CABLEVISION,   ROAD 993 KM 0.2 LUQUILLO IND PARK,   LUQUILLO, PR 00773
3041874     +LUIS ORLANDO GUZMAN MALDONADO,   PO BOX 180,   COROZAL, PR 00783-0180
3041873      Liberty Cblv,   Road 993 Km 0.2 Luquillo Ind Park,   Luquillo, PR 00773
3041875     +M-berrios,   P.o. Box 674,   Cidra, PR 00739-0674
3041876     +Mueb Berrios,   Aptdo 674,   Cidra, PR 00739-0674
3041877     +NCO FINANCIAL SYSTEMS,   PO BOX 15630,   WILMINGTON, DE 19850-5630
3041879     +PUERTO RICO TELEPHONE CO,   P.O. BOX 70239,   SAN JUAN, PR 00936-8239
3041878     +Pr Telephone,   Pob 70239,   San Juan, PR 00936-8239
3041881     +SUNCOM,   BANKRUPTCY DIV.,   PO BOX 64566,   BALTIMORE, MD 21264-4566
3041880     +SUNCOM,   PO BOX 70888,   CHARLOTTE, NC 28272
3041882      Suncompr,   654 Plaza Ave Munoz Rivera,   San Juan, PR 00918
3041883     +TRANSWORLD SYSTEMS INC.,   PO BOX 1864,   SANTA ROSA, CA 95402-1864
3041884      TREASURY SECRETARY,   DEPARTAMENTO DE HACIENDA,   P.O. BOX 9024140,   SAN JUAN, PR 00902-4140
3041885      UNIVERSAL FIDELITY LP,   PO BOX 941911,   HOUSTON, TX 77094-8911
3041886     +USDA RURAL HOUSING,   PO BOX 66879,   ST. LOUIS, MO 63166-6879
3041887      VERIZON WIRELESS,   PO BOX 70367,   SAN JUAN, PR 00936-8367
```

The following entities were noticed by electronic transmission on Aug 10, 2010.
```
3041861     +E-mail/Text: cfigueroa@crimpr.net                  CRIM,   PO BOX 195387,
             SAN JUAN, PR 00919-5387
3041866     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2010 18:52:19   GEMB/ SAM'S CLUB,   PO BOX 981400,
             EL PASO, TX 79998-1400
3041867     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2010 18:52:19   Gemb/sams Club,   Po Box 981400,
             El Paso, TX 79998-1400
                                                                                      TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3041855     ##CAPITAL ONE BANK,   PO BOX 650007,   DALLAS, TX 75265-0007
                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2010**                    **Signature:**     *Joseph Speetjens*